Argued and submitted December 3, 1997, reversed and remanded for
reconsideration January 7, 1998

In the Matter of the Compensation of
Betty L. Martinez, Claimant.

WAL-MART STORES, INC.,
*Petitioner,*

*v.*

Betty L. MARTINEZ,
Perfect Look and SAIF Corporation,
*Respondents.*

(WCB 96-01346, 96-00819 95-02012; CA A97344)

948 P2d 1259

Jerald P. Keene argued the cause for petitioner. With him on the brief was Reinisch, MacKenzie, Healey, Wilson & Clark, P.C.

Dale C. Johnson argued the cause for respondent Betty L. Martinez. With him on the brief was Malagon, Moore, Johnson & Jensen.

Steve Cotton argued the cause and filed the brief for respondents Perfect Look and SAIF Corporation.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Beneficiaries of Strametz v. Spectrum Motorwerks*, 325 Or 439, 939 P2d 617 (1997); *Roseburg Forest Products v. Long*, 325 Or 305, 313, 937 P2d 517 (1997).